**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 346 EAL 2023

          Respondent             :

                                        :    Petition for Allowance of Appeal

               v.                      :    from the Order of the Superior Court

MARTIN WALKER,                 :

          Petitioner              :

## ORDER

**PER CURIAM**

     **AND NOW**, this 27th day of February, 2024, the Petition for Allowance of Appeal is **DENIED**.